**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| MARY JOAN GIDOR, | : | No. 42 WAL 2024 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| BENJAMIN E. MANGUS D/B/A MANGUS INSPECTIONS, | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of July, 2024, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

> Whether the Superior Court erred by construing Section 7512 of the Home Inspection Law, 68 Pa.C.S. § 7512, as a statute of repose, which barred all claims raised in Petitioner's amended complaint, as opposed to a statute of limitations.